COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK, Appellant, v. JOSE LISBOA, Respondent.— Order denying, by a divided court, complainant's application for an order of filiation reversed, without costs, and a new trial ordered. We think the determination is contrary to the weight of the evidence on the face of the record and under the circumstances a new trial should be ordered. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ.; Van Voorhis, J., dissents and votes to affirm in the following memorandum: The relationship between petitioner and the other members of defendant's family, and defendant himself, was so bizarre that the determination of the Court of Special Sessions should be affirmed, notwithstanding that defendant signed the birth record as the father of the child. The triers of the fact, who saw and heard the witnesses, may well have found that he did so in order to protect somebody else.

■

JOSEPH MELCHIONI, Respondent, v. FERGUS MOTORS, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROXY THEATRE, INC., Respondent, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants. [135–157 W. 50th St., Borough of Manhattan.] — Order, so far as appealed from, unanimously modified by reinstating the assessments for the tax year 1947–48, and by fixing the valuations for the tax years 1948–49 and 1949–50 at: Land $1,635,000, Building $2,805,-000, Total $4,440,000, and, as so modified, affirmed, with $20 costs and disbursements to the appellants. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ; Van Voorhis, J., taking no part. Settle order on notice.

■

WILLIAM L. BROMBERG, Respondent, v. LES COFF REALTY CORP., Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ. [See 279 App. Div. 559.]

■

DORVILLE CORPORATION, Respondent, v. JOHN E. JACKSON, Appellant, et al., Defendants.— Judgment reversed, with costs to the appellant, and the matter remitted to an Official Referee for determination of damages. The trial court's finding of breach of contract on the part of defendant was warranted and is affirmed. The measure of damages employed by the court, however, is unsupportable, and the cause must be remitted for an assessment of damages. Plaintiff's damage should be determined on the basis of defendant's profits on business solicited by him for himself during the period he was under contract to plaintiff. Any error in the computation of defendant's damages on his counterclaims can be corrected at the same time. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ.